No. 85–673.  HARTIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, ET AL. v. ZBARAZ ET AL.  C. A. 7th Cir.  [Probable jurisdiction postponed, ante, p. 881.]  Motion of Legal Defense Fund for Unborn Children for leave to file a brief as amicus cu-

*riae* denied. Motion of Alan Ernest to allow counsel to represent children unborn and born alive denied.